STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.4141    AND FILED ON    5/29/2007

THE GUARDIAN NEWS, INC.,    Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                             ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/6/2007 at 2:03PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: VILLAGE/TOWN OF MOUNT KISCO, NEW YORK    (herein called recipient) therein named.

At Location: 104 MAIN STREET
MOUNT KISCO NY

By delivering to and leaving with JIM PALMER and that deponent knew the person so served to be the VILLAGE MANAGER of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BROWN
Age 45    Height 5'8"
Weight 170    Other Features

Sworn to before me on 6/6/2007

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.4141    AND FILED ON    5/29/2007

THE GUARDIAN NEWS, INC.,

Vs.

VILLAGE/TOWN OF MOUNT KISCO, NEW YORK, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/6/2007 at 2:03PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: AUSTIN F. CASSIDY, BUILDING INSPECTOR    (herein called recipient) therein named.
At Location: VILLAGE/TOWN OF MOUNT KISCO
104 MAIN STREET
MOUNT KISCO NY

By delivering to and leaving with JIM PALMER, VILLAGE MANAGER a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 6/6/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
| Age | 45 | Height | 5'8" | Weight | 170 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 6/6/2007

_____    _____
                              Gary Williams

                              Server's License#: