UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE GUARDIAN NEWS, INC.,

                    Plaintiff,

-against-

VILLAGE/TOWN OF MOUNT KISCO, New York, and AUSTIN F. CASSIDY, individually,

                    Defendants.
---------------------------------------------------------------x

Docket No.
07 Civ. 4141 (CLB)

**AND ORDER**
**STIPULATION/OF**
**DISCONTINUANCE**
**WITHOUT PREJUDICE**
**AS TO DEFENDANT**
**CASSIDY ONLY**

IT IS HEREBY STIPULATED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued without prejudice as against defendant AUSTIN F. CASSIDY only, without costs to any party as against another.

IT IS FURTHER AGREED that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
            June 29, 2007

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____
    Jonathan Lovett (JL- )

SO-ORDERED: July 16, 2007
Charles Brieant
U.S.D.J.

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-405

By: _____
    Adam I. Kleinberg (AIK-0468)