UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

THE GUARDIAN NEWS, INC.,

                  Plaintiff,

   -against-

VILLAGE/TOWN OF MOUNT KISCO, New York,
and AUSTIN F. CASSIDY, individually,

                Defendants.

------------------------------------------------x

Docket No.
07 Civ. 4141 (CLB)

         **AND ORDER**
**STIPULATION/OF
DISCONTINUANCE
WITHOUT PREJUDICE
AS TO DEFENDANT
CASSIDY ONLY**

   IT IS HEREBY STIPULATED, by and between the undersigned, that whereas no party

hereto is an infant or incompetent person for whom a committee has been appointed, and no

person not a party has an interest in the subject matter of the action, the above-entitled action is

hereby discontinued without prejudice as against defendant AUSTIN F. CASSIDY only,

without costs to any party as against another.

   IT IS FURTHER AGREED that a facsimile copy of this Stipulation shall have the same

force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
       June 29, 2007

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____
   Jonathan Lovett (JL-   )

SO-ORDERED: July 20, 2007
_____
U.S.D.J.

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-405

By: _____
   Adam I. Kleinberg (AIK-0468)