UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE GUARDIAN NEWS, INC.,

        Plaintiff,

-against-

VILLAGE/TOWN OF MOUNT KISCO, New York,
and AUSTIN F. CASSIDY, individually,

        Defendants.
------------------------------------------------------------X

Docket No.: 07 Civ. 4141
(CLB)

**STIPULATION OF**
**DISCONTINUANCE**
**WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued without prejudice as against all defendants, without costs to any party as against another.

**IT IS FURTHER AGREED** that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
       May 22, 2008

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____
Kim Berg (KB ) (KB 1425)
SO-ORDERED: May 27, 2008
_____
U.S.D.J.

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-405

By: _____
Adam I. Kleinberg (AIK-0468)